

The relief described hereinbelow is SO ORDERED.

Signed April 30, 2014.

_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-60310 |
| | § | |
| DARRIN FRANK DARBY | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY**
(AAFES/Take It Home Today)

Before the Court is the Debtor's Motion to Redeem Personal Property from AAFES/Take it Home Today (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtor seeks to redeem a washer, dryer and lawn mower (the "Appliances") purchased from AAFES and financed through Take It Home Today by paying to Take It Home Today

F:\Server Documents\3766 Darby\Order Granting Motion_AAFES.wpd

the value of the Appliances, which the Debtor asserts in his affidavit are now worth $300.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Appliances, which are the subject of the Motion, may be redeemed by Debtor for the sum of $300.00, as long as the Debtor pays this amount to Take It Home Today within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: /s/ Erin B. Shank
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTOR